**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 31 2024 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JOSEPH SMITH a/k/a "JJ,"
MICHAEL BANKS,
JAVON STINGLEY, and
GARY LUELLEN

Violations: Title 18, United States Code,
Sections 371, 924(c)(1)(A), 2119, and 2

**UNDER SEAL**

24cr55
Judge Ellis
Magistrate Judge Harjani

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1.      Beginning on or about February 11, 2023 and continuing until on or about April 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ,"
MICHAEL BANKS,
JAVON STINGLEY,
and GARY LUELLEN

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, to take a motor vehicle, which had been transported, shipped, and received in interstate commerce, from the presence of another person by force, violence, and intimidation, in violation of Title 18, United States Code, Section 2119.

2.      It was part of the conspiracy that defendants JOSEPH SMITH, MICHAEL BANKS, JAVON STINGLEY, GARY LUELLEN, and others known and unknown to the Grand Jury, with intent to cause death or serious bodily harm, agreed

to take, by force and violence and intimidation, vehicles that had been transported, shipped, or received in interstate commerce.

3.     It was further part of the conspiracy that defendants JOSEPH SMITH, MICHAEL BANKS, JAVON STINGLEY, and GARY LUELLEN, and others known and unknown to the Grand Jury, obtained, possessed, and brandished firearms in connection with the taking of the motor vehicle.

4.     It was further part of the conspiracy that defendants JOSEPH SMITH, MICHAEL BANKS, JAVON STINGLEY, GARY LUELLEN, and others known and unknown to the Grand Jury, did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

<u>OVERT ACTS</u>

5.     In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included, but were not limited to, the following:

a. On or before February 11, 2023, defendants JOSEPH SMITH, MICHAEL BANKS, JAVON STINGLEY, and GARY LUELLEN obtained firearms and masks;

b. On or about February 11, 2023, in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS possessed firearms and brandished them at Victim A;

2

c. On or about February 11, 2023, in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS took Victim A's vehicle, namely, a 2019 Dodge Challenger bearing license plate CK42086, from the presence of Victim A by force, violence, and intimidation;

d. On or about February 19, 2023, defendants JOSEPH SMITH, MICHAEL BANKS, and JAVON STINGLEY traveled to the area of 1000 E. Sibley in Dolton in a stolen 2023 Lincoln Aviator bearing VIN # 5LMSJ7WC0PGL06297 (the "Lincoln Aviator");

e. On or about February 19, 2023, in Dolton, defendants JOSEPH SMITH, MICHAEL BANKS, and JAVON STINGLEY possessed firearms and brandished them at Victim B;

f. On or about February 19, 2023, in Dolton, defendants JOSEPH SMITH, MICHAEL BANKS, and JAVON STINGLEY attempted to take Victim B's vehicle, namely, a 2019 Dodge Challenger bearing license plate INDYA-WS, from the presence of Victim B by force, violence, and intimidation;

g. On or about February 19, 2023, in Dolton, defendants JOSEPH SMITH, MICHAEL BANKS, and JAVON STINGLEY took Victim B's firearm, a Glock 19 bearing serial number BBWW741, from the person and presence of Victim B, at gunpoint;

3

h. On or about March 18, 2023, defendants JOSEPH SMITH and MICHAEL BANKS traveled to the area of the 8600 block of S. State Street, in Chicago, in the Lincoln Aviator;

i. On or about March 18, 2023, defendants JOSEPH SMITH and, MICHAEL BANKS possessed firearms and brandished them at Victim C in the area of the 8600 block of S. State Street, in Chicago;

j. On or about March 18, 2023, in the area of the 8600 block of S. State Street, in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS took Victim C's vehicle, namely, a 2018 Audi bearing license plate CX69775, from the presence of Victim C by force, violence, and intimidation;

k. On or about March 28, 2023, defendants JOSEPH SMITH and MICHAEL BANKS traveled to the area of 11600 block of S. Marshfield, in Chicago, in the Lincoln Aviator;

l. On or about March 28, 2023, in the area of the 11600 block of S. Marshfield, in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS possessed firearms and brandished them at Victim D;

m. On or about March 28, 2023, in the area of the 11600 block of S. Marshfield, in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS took Victim D's vehicle, namely, a 2023 Dodge Charger bearing license plate DW86371, from the presence of Victim D by force, violence, and intimidation;

4

n. On or about March 28, 2023, in the area of 11600 block of S. Marshfield in Chicago, defendants JOSEPH SMITH and MICHAEL BANKS took Victim D's firearm, a Glock 43X bearing serial number BUTX244, from the person and presence of Victim D, at gunpoint;

o. On or about April 18, 2023, defendants JOSEPH SMITH, MICHAEL BANKS, and GARY LUELLEN traveled to the area of the 12600 block of S. Halsted in Chicago in the 2023 Dodge Charger;

p. On or about April 18, 2023, defendants JOSEPH SMITH, MICHAEL BANKS, and GARY LUELLEN traveled to the area of the 12600 block of S. Halsted in Chicago, and possessed and brandished firearms at Victim E;

q. On or about April 18, 2023, in the area of the 12600 block of S. Halsted in Chicago, defendants JOSEPH SMITH, MICHAEL BANKS, and GARY LUELLEN took Victim E's vehicle, namely a 2022 Dodge Challenger bearing license plate DW75841, from the presence of Victim E by force, violence, and intimidation;

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about February 11, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

### JOSEPH SMITH a/k/a "JJ" and MICHAEL BANKS,

defendants herein, and others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2019 Dodge Challenger bearing license plate CK42086, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim A by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

6

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about February 11, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ"
and MICHAEL BANKS,

defendants herein, did use, carry, and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about February 19, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ,"
MICHAEL BANKS,
and JAVON STINGLEY,

defendants herein, and others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, attempted to take a motor vehicle, namely, a 2019 Dodge Challenger bearing license plate INDYA-WS, that had been transported, shipped, and received in interstate commerce from the person and presence of Victim B by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

8

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about March 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ"
and MICHAEL BANKS,

defendants herein, and others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2018 Audi A8 bearing license plate CX69775, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim C by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT SIX

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about March 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ"
and MICHAEL BANKS,

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Five of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT SEVEN

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about March 28, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ"
and MICHAEL BANKS,

defendants herein, and others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2023 Dodge Charge bearing license plate DW86371, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim D by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

11

## COUNT EIGHT

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about March 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ"
and MICHAEL BANKS,

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Seven of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT NINE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about April 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ,"
MICHAEL BANKS,
and GARY LUELLEN

defendants herein, and others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2022 Dodge Challenger bearing license plate DW75841, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim E by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

13

## COUNT TEN

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about April 18, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH SMITH a/k/a "JJ,"
MICHAEL BANKS,
and GARY LUELLEN

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Nine of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) or Section 2119, as set forth in this Indictment, defendants shall forfeit to the United States of America, any firearm and ammunition:

    a. involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

    b. found in the possession or under the immediate control of the defendants at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in 18 U.S.C. § 3665.

2. The property to be forfeited includes, but is not limited to, (1) a Draco pistol bearing serial number 22DG5381 and (2) a Glock 30 .45 caliber pistol bearing serial number BLYU061, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

15